Amy Samberg (#013874)
Kimberly Van Amburg (#022736)
Megan J. Ochs (#023388)
SNELL & WILMER L.L.P.
One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630
asamberg@swlaw.com
kvanamburg@swlaw.com
mochs@swlaw.com
Telephone: (520) 882-1200
Attorneys for Defendant/Counterclaimant
Audiovox and Defendant Wal-Mart

Sarah J. Showard (#012350)
SHOWARD LAW FIRM
33 N. Stone Avenue
Suite 1430
Tucson, Arizona 85701
sjshoward@showardlaw.com
Telephone: (520) 622-3344
Attorneys for Plaintiff Michael T. Janisch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL T. JANISCH, a single man,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., an Arkansas corporation; TTI TECH CO., LTD., a Korean company; and AUDIOVOX ELECTRONICS CORPORATION, a Delaware corporation; JOHN AND JANE DOES 1-10; ABC COMPANIES 1-10; and XYZ PARTNERSHIPS 1-10,<br><br>Defendants. | No. CIV-05-466-TUC-HCE<br><br>**JOINT SETTLEMENT STATUS REPORT**<br><br>Assigned to:  Hon. Hector C. Estrada |
| AUDIOVOX ELECTRONICS CORPORATION,<br><br>Crossclaimant,<br><br>v.<br><br>TTI TECH CO., LTD., a foreign company,<br><br>Crossdefendant. | |

Pursuant to the Court's Rule 16 Scheduling Order dated December 18, 2006, the

parties hereby submit their Joint Settlement Status Court to advise the Court as to the status of settlement negotiations.

Counsel for the parties discussed the issue of settlement last week. They agreed at that time to participate in a mediation to be conducted by a mediator to be agreed upon by counsel for the parties. Counsel for the parties agree to schedule the mediation to take place no later than July 13, 2007.

Counsel for the parties will advise the Court as to the settlement status of the case following the mediation.

DATED this the 29th day of May, 2007.

SNELL & WILMER L.L.P.

By    s/ Kimberly Van Amburg
      Amy M. Samberg
      Kimberly Van Amburg
      Megan J. Ochs
      One South Church Avenue
      Suite 1500
      Tucson, Arizona 85701-1630
      Attorneys for Defendant/Counterclaimant Audiovox
      and Defendant Wal-Mart

THE SHOWARD LAW FIRM

By    s/Kimberly Van Amburg (w/permission)
      Sarah J. Showard
      33 North Stone Avenue
      Suite 1430
      Tucson, Arizona 85701
      Attorneys for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882 1200

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2007, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Sarah J. Showard, Esq.
SHOWARD LAW FIRM, P.C.
33 North Stone Ave., Suite 1430
Tucson, Arizona 85701
*Attorneys for Plaintiff*

s/Lynn Salcido
34392.0098\VANAMBK\TUX\461271